# IN THE UNITED STATES DISTRICT COURT

# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| CYNTHIA ROSE CARL,<br><br>Plaintiff,<br><br>v.<br><br>CAROLYN W. COLVIN,<br>ACTING COMMISSIONER OF<br>SOCIAL SECURITY,<br><br>Defendant. | CASE NO. 3:15-cv-00895-GBC<br><br>(MAGISTRATE JUDGE COHN)<br><br>ORDER DENYING PLAINTIFF'S APPEAL, AFFIRMING THE DECISION OF THE COMMISSIONER, AND CLOSING THE CASE<br><br>Docs. 1, 11, 12, 13, 15, 16, 17 |

In accordance with the accompanying memorandum, **IT IS HEREBY**

**ORDERED THAT:**

1. This appeal is DENIED, as the ALJ's decision is supported by substantial evidence;

2. The Clerk of Court shall enter judgment in favor of the Commissioner and against Plaintiff as set forth in the following paragraph;

3. The decision of the Commissioner of Social Security denying Cynthia Rose Carl disability insurance benefits is affirmed; and

4. The Clerk of Court shall close this case.


Dated: May 11, 2016                                s/Gerald B. Cohn
                                                   GERALD B. COHN
                                         UNITED STATES MAGISTRATE JUDGE